# EXHIBIT 6

**E-FILED**
Oct 12, 2007 11:31 AM
KIRI TORRE
Chief Executive Officer
Superior Court of CA, County of Santa Clara
Case #1-07-CV-095781 Filing #G-5466
By R. Walker, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| TIMOTHY P. SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE, INC.,<br><br>Defendants. | Case No.: 1-07-CV-095781<br><br>**ORDER DEEMING CASE COMPLEX** |

   WHEREAS, the Complaint was filed by Plaintiff Timothy P. Smith ("Plaintiff") in the Santa Clara County Superior Court on October 5, 2007;

   WHEREAS, Plaintiff Timothy P. Smith filed a Civil Case Cover Sheet deeming the matter provisionally complex on October 5, 2007;

   WHEREAS, the Civil Lawsuit Notice was issued by the Court on October 5, 2007, assigning the matter to Department 17C (Complex Civil Litigation), the Hon. Jack Komar presiding, pending a ruling on the complexity issue;

1    IT IS HEREBY ORDERED that:

2    The Court determines that the above-referenced case is **COMPLEX** within the meaning of California Rules of Court 3.400.  The matter remains assigned, for all purposes, including discovery and trial, to Department 17C (Complex Civil Litigation), the Hon. Jack Komar presiding.  The Case Management Conference remains set for **February 8, 2008 at 10:00 a.m. in Department 17C**.

The parties are directed to the Electronic Filing and Service Standing Order and to the Guidelines for the Complex Civil Litigation Department, copies of which may be downloaded from www.scefiling.org.

Pursuant to California Rules of Court, Rule 3.254, the creation and maintenance of the Master Service List shall be under the auspices of (1) Plaintiff Timothy P. Smith, as the first-named party in the Complaint, and (2) the first-named party in each Cross-Complaint, if any.

The Complex Case Fee is due from all parties immediately [Government Code Sections 70616(a), 70616(b)].

Plaintiff shall serve a copy of this Order on all the parties in this matter forthwith.

SO ORDERED.

Dated:  October 12, 2007                        /s/  Jack Komar
                                                Judge of the Superior Court

---

*Smith v. Apple, Inc.*
*Santa Clara County Superior Court, Case No. 1-07-CV-095781*
*Order Deeming Case Complex*

2