# EXHIBIT 7

# E-FILED

Oct 15, 2007 8:00 AM
KIRI TORRE
Chief Executive Officer
Superior Court of CA, County of Santa Clara
Case #1-07-CV-095781 Filing #G-5481
By M. Rosales, Deputy

M. VAN SMITH, State Bar No. 32007
DAMIAN R. FERNANDEZ, State Bar No. 206662
LAW OFFICE OF DAMIAN R. FERNANDEZ
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 355-3021
Facsimile: (408) 904-7391
E-Mail: mvsmith@sbcglobal.net; damianfernandez@gmail.com

Attorneys for Plaintiff and the Proposed Class

# Superior Court of California
# County of Santa Clara

Department 17, Civil Complex Litigation: 161 North First Street, San Jose, 95113

| | |
|---|---|
| TIMOTHY P. SMITH, on behalf of himself and all others similarly situated, | Case No. |
| Plaintiffs, | **PROOF OF SERVICE OF OCTOBER 12, 2007 ORDER DEEMING CASE COMPLEX** |
| vs. | |
| APPLE INC., | Action Filed:    10/5/2007 |
| Defendant. | CMC:              2/8/2008 |

///
///
///
///
///
///
///
///

---

**M. VAN SMITH**
**DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
(408) 355-3021 • (408) 369-1002

---

**PROOF OF SERVICE**

I am over the age of 18 years, an active member of the State Bar of California, and not a party to this cause. My business address is Law Office of Damian R. Fernandez, 14510 Big Basin Way, Suite A, PMB 285, Saratoga, CA 95070-6091. On September 6, 2007, I served the documents listed in the attached Documents Served List, with an unsigned[1] copy of this Proof of Service, on the persons listed in the attached Persons Served List. The documents were served on each person by the Method of Service indicated in the Persons Served List as follows:

☐ **By personal service**: I personally delivered the documents to the persons at the addresses in the Persons Served List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☒ **By United States mail:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in the Persons Served List and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Saratoga, California.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in the Persons Served List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By fax transmission**: (☐ With ☐ Without) an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in the Persons Served List. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By e-mail**: (☐ Based on ☐ Without) a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the Persons Served List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

October 14, 2007
(Date)

Damian R. Fernandez

[1] CCP § 1013 (b), (d), (f).

# PERSONS SERVED LIST

| Type | Name | Disposition |
|------|------|-------------|
| Defendant | APPLE INC. | |
| | Agent for Service of Process | C T CORPORATION SYSTEM<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
| | **Method of Service:** | ☐ E-mail          ☐ Overnight Delivery<br>☐ Personal Service     ☐ Fax Transmission<br>☒ United States Mail (☒ First-Class ☐ Priority)<br>☐ United States Certified Mail<br>   No. |

# DOCUMENTS SERVED LIST

1.      PROOF OF SERVICE OF OCTOBER 12, 2007 ORDER DEEMING CASE COMPLEX

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

M. VAN SMITH
DAMIAN R. FERNANDEZ
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
(408) 355-3021 • (408) 369-1062

---

**October 14, 2007**          **PROOF OF SERVICE**          **Page 3 of 3**