# EXHIBIT 8

M. VAN SMITH, State Bar No. 32007
DAMIAN R. FERNANDEZ, State Bar No. 206662
LAW OFFICE OF DAMIAN R. FERNANDEZ
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 355-3021
Facsimile: (408) 904-7391
E-Mail: mvsmith@sbcglobal.net; damianfernandez@gmail.com

Attorneys for Plaintiff and the Proposed Class

# Superior Court of California
# County of Santa Clara

Department 17, Civil Complex Litigation: 161 North First Street, San Jose, 95113

|  |  |
|---|---|
| TIMOTHY P. SMITH; MICHAEL G. LEE; DENNIS V. MACASADDU; MARK G. MORIKAWA; and VINCENT SCOTTI, on behalf of themselves and all others similarly situated, | Case No. 1-07-CV-095781<br><br>**NOTICE OF ASSOCIATION OF COUNSEL BY PLAINTIFFS** |
| Plaintiffs, |  |
| vs. |  |
| APPLE INC.; AT&T MOBILITY LLC; and DOES ONE through ONE HUNDRED, inclusive, |  |
| Defendants. | Action Filed: 10/5/2007<br>CMC: 2/8/2008 |

### TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

M. Van Smith and Damian R. Fernandez, the attorneys of record for plaintiffs,

hereby associate the following attorneys as co-counsel:

///

M. VAN SMITH
DAMIAN R. FERNANDEZ
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
(408) 355-3021 • (408) 364-1062

Joseph Antonelli
Law Office of Joseph Antonelli
1000 Lakes Drive, Suite 450
West Covina, CA 91790
Tel: (626) 917-6228
Fax: (626) 917-7686
Email: jantonelli@antonellilaw.com

Janelle Carney
Law Office of Joseph Antonelli
1000 Lakes Drive, Suite 450
West Covina, CA 91790
Tel: (626) 917-6228
Fax: (626) 917-7686
Email: jcarney@antonellilaw.com

Kevin T. Barnes
Law Offices of Kevin T. Barnes
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036
Tel: (323) 549-9100
Fax: (323) 549-0101
Email: barnes@kbarnes.com

Gregg Lander
Law Offices of Kevin T. Barnes
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036
Tel: (323) 549-9100
Fax: (323) 549-0101
Email: lander@kbarnes.com

Date: November 2, 2007                    LAW OFFICE OF DAMIAN R. FERNANDEZ


By: _____/s/_____
       DAMIAN R. FERNANDEZ
       Attorney for Plaintiff and the Proposed Class

///

///

M. VAN SMITH
DAMIAN R. FERNANDEZ
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
(408) 355-3021 • (408) 364-1062

# PROOF OF SERVICE

I am over the age of 18 years, an active member of the State Bar of California, and not a party to this cause. My business address is Law Office of Damian R. Fernandez, 14510 Big Basin Way, Suite A, PMB 285, Saratoga, CA 95070-6091. On **November 2, 2007**, I served the documents listed in the attached Documents Served List, with an unsigned[1] copy of this Proof of Service, on the persons listed in the attached Persons Served List. The documents were served on each person by the Method of Service indicated in the Persons Served List as follows:

☐    **By personal service**: I personally delivered the documents to the persons at the addresses in the Persons Served List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☒    **By United States mail:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in the Persons Served List and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Saratoga, California.

☐    **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in the Persons Served List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐    **By fax transmission**: (☐ With ☐ Without) an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in the Persons Served List. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐    **By e-mail**: (☐ Based on ☐ Without) a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the Persons Served List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
**November 2, 2007**
(Date)

_____
Damian R. Fernandez

_____

[1] CCP § 1013 (b), (d), (f).

M. VAN SMITH
DAMIAN R. FERNANDEZ
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
(408) 355-3021 • (408) 364-1062

# PERSONS SERVED LIST

| Type | Name | Disposition |
| --- | --- | --- |
| Defendant | APPLE INC. | |
| | Agent for Service of Process | C T Corporation System<br>818 W 7th St<br>Los Angeles, CA 90017-3407 |
| | Method of Service: | ☐ E-mail    ☐ Overnight Delivery<br>☐ Personal Service    ☐ Fax Transmission<br>☒ United States Mail (☒ First-Class ☐ Priority)<br>☐ United States Certified Mail<br>No. |

# DOCUMENTS SERVED LIST

1.    NOTICE OF ASSOCIATION OF COUNSEL BY PLAINTIFFS

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**M. VAN SMITH**
**DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
(408) 355-3021 • (408) 364-1062

THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
ELECTRONIC FILING - WWW.SCEFILING.ORG
**c/o Glotrans**
2915 McClure Street
Oakland, CA94609
TEL: (510) 208-4775
FAX: (510) 465-7348
EMAIL: Info@Glotrans.com

# E-FILED

Nov 5, 2007 8:00 AM
KIRI TORRE
Chief Executive Officer
Superior Court of CA, County of Santa Clara
Case #1-07-CV-095781 Filing #G-5928
By L. Quach-Marcellana, Deputy

1
2
3
4
5

## THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SANTA CLARA

6
7
8
9
10

| | |
|---|---|
| TIMOTHY P. SMITH, on behalf of himself and all others similarly situated, Plaintiffs, | Smith v. Apple, Inc. |
| Plaintiff, | Lead Case No.1-07-CV-095781 |
| vs. | Judge Jack Komar |
| APPLE, INC., Defendants. | |
| Defendant. | **PROOF OF SERVICE** |
| AND RELATED ACTIONS | **Electronic Proof of Service** |

11        I am employed in the County of Alameda, State of California.

12        I am over the age of 18 and not a party to the within action; my business address is 2915 McClure
Street, Oakland, CA 94609.

13        The documents described on page 2 of this Electronic Proof of Service were submitted via the
worldwide web on Fri. November 2, 2007 at 6:30 PM PDT and served by electronic mail notification.

14        I have reviewed the Court's Order Concerning Electronic Filing and Service of Pleading Documents and
am readily familiar with the contents of said Order. Under the terms of said Order, I certify the above-described
document's electronic service in the following manner:

15        The document was electronically filed on the Court's website, http://www.scefiling.org, on Fri. November
16    2, 2007 at 6:30 PM PDT

17        Upon approval of the document by the Court, an electronic mail message was transmitted to all parties
on the electronic service list maintained for this case. The message identified the document and provided
18    instructions for accessing the document on the worldwide web.

19        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
correct. Executed on November 2, 2007 at Oakland, California.

20        Dated: November 2, 2007                          For WWW.SCEFILING.ORG

                                                          Andy Jamieson

21
22
23

**THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
**ELECTRONIC FILING SYSTEM - WWW.SCEFILING.ORG**

**Electronic Proof of Service**
**Page 2**

**Document(s) submitted by Damian Fernandez of Law Office of Damian R. Fernandez on Fri. November 2, 2007 at 6:30 PM PDT**

1. Association of Attys: Notice of Association of Counsel by Plaintiffs