# EXHIBIT 9

LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Alfred C. Pfeiffer, Jr. (Bar No. 120965)
   Christopher S. Yates (Bar No. 161273)
   Adrian F. Davis (Bar No. 215827)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Al.Pfeiffer@lw.com
Email: Chris.Yates@lw.com
Email: Adrian.Davis@lw.com

Attorneys for Defendant
APPLE INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| TIMOTHY P. SMITH; MICHAEL G. LEE; DENNIS V. MACASADDU; MARK G. MORIKAWA; and VINCENT SCOTTI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.; AT&T MOBILITY LLC; and DOES ONE through ONE HUNDRED, inclusive<br><br>    Defendants. | CASE NO. 1-07-CV-095781<br><br>**DEFENDANT APPLE INC.'S NOTICE OF FILING OF REMOVAL TO FEDERAL COURT** |

1 **TO THE CLERK OF THE COURT, PLAINTIFF AND PLAINTIFF'S ATTORNEY**
2 **OF RECORD:**

3  PLEASE TAKE NOTICE that on November 7, 2007, Defendant Apple Inc. ("Apple") filed a Notice of Removal in the United States District Court for the Northern District of California, San Jose Division.  A copy of the Notice of Removal is attached hereto as Exhibit A.

 PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, the filing of the said Notice of Removal in the United States District Court for the Northern District of California, together with the filing of the attached copy thereof in this Court, effects the removal of this action and this Court may proceed no further unless and until the action is remanded.

Dated:  November 7, 2007

 Respectfully Submitted,

 LATHAM & WATKINS LLP
  Daniel M. Wall
  Alfred C. Pfeiffer, Jr.
  Christopher S. Yates
  Adrian F. Davis


 By _____/s/ Christopher S. Yates_____
  Christopher S. Yates
  Attorneys for Defendant
  APPLE INC.

SF\631257