# EXHIBIT 10

1  LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
2     Alfred C. Pfeiffer, Jr. (Bar No. 120965)
   Christopher S. Yates (Bar No. 161273)
3     Adrian F. Davis (Bar No. 215827)
505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095
Email:   Dan.Wall@lw.com
6  Email:   Al.Pfeiffer@lw.com
Email:   Chris.Yates@lw.com
7  Email:   Adrian.Davis@lw.com

8  Attorneys for Defendant
APPLE INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| TIMOTHY P. SMITH; MICHAEL G. LEE; DENNIS V. MACASADDU; MARK G. MORIKAWA; and VINCENT SCOTTI, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>APPLE INC.; AT&T MOBILITY LLC; and DOES ONE through ONE HUNDRED, inclusive<br><br>            Defendants. | CASE NO. 1-07-CV-095781<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant Apple Inc. and requests that all notices, orders and/or other information in this case be served upon the individuals identified below:

> Daniel M. Wall
> Alfred C. Pfeiffer, Jr.
> Christopher S. Yates
> Adrian F. Davis
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, California  94111-6538
> Telephone:  (415) 391-0600
> Facsimile:  (415) 395-8095
> Email: Dan.Wall@lw.com
> Email: Al.Pfeiffer@lw.com
> Email: Chris.Yates@lw.com
> Email: Adrian.Davis@lw.com

Dated:  November 7, 2007                    Respectfully Submitted,

  LATHAM & WATKINS LLP
      Daniel M. Wall
      Alfred C. Pfeiffer, Jr.
      Christopher S. Yates
      Adrian F. Davis


  By _____/s/ Christopher S. Yates_____
      Christopher S. Yates
      Attorneys for Defendant
      APPLE INC.

SF\631274