LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Alfred C. Pfeiffer, Jr. (Bar No. 120965)
  Christopher S. Yates (Bar No. 161273)
  Adrian F. Davis (Bar No. 215827)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Al.Pfeiffer@lw.com
Email: Chris.Yates@lw.com
Email: Adrian.Davis@lw.com

Attorneys for Defendant
APPLE INC.

E-FILING

Filed
NOV 0 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TIMOTHY P. SMITH; MICHAEL G. LEE; DENNIS V. MACASADDU; MARK G. MORIKAWA; and VINCENT SCOTTI, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

APPLE INC.; AT&T MOBILITY LLC; and DOES ONE through ONE HUNDRED, inclusive,

Defendants.

CASE NO. C07 05662 HRL

DECLARATION OF ADRIAN F. DAVIS IN SUPPORT OF DEFENDANT APPLE INC.'S NOTICE OF REMOVAL

I, Adrian F. Davis, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California. I am an associate in the law firm Latham & Watkins LLP, counsel of record for Defendant Apple Inc. ("Apple"). I have personal knowledge of the facts set forth below and if called as a witness I could testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint filed in the action *Paul Holman and Lucy Rivello, individually and on behalf of all others similarly situated vs. Apple, Inc., AT&T Mobility, LLC and Does 1 through 50, inclusive*, Case No. C-07-05152-JW, filed October 5, 2007, in the United States District Court for the Northern District of California, San Jose Division.

3. Attached hereto as Exhibit B is a true and correct copy of a section of Plaintiffs Counsel's website "Apple iPhone Lawsuit" entitled "FAQ," available at https://www.appleiphonelawsuit.com/FAQ.html (last visited November 6, 2007).

I executed this declaration on this 7th day of November, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*[signature]*

Adrian F. Davis

SF\632842