```
 1  LATHAM & WATKINS LLP
       Daniel M. Wall (Bar No. 102580)
 2     Alfred C. Pfeiffer, Jr. (Bar No. 120965)
       Christopher S. Yates (Bar No. 161273)
 3     Adrian F. Davis (Bar No. 215827)
    505 Montgomery Street, Suite 2000
 4  San Francisco, California 94111-6538
    Telephone: (415) 391-0600
 5  Facsimile: (415) 395-8095
    Email:  Dan.Wall@lw.com
 6  Email:  Al.Pfeiffer@lw.com
    Email:  Chris.Yates@lw.com
 7  Email:  Adrian.Davis@lw.com

 8  Attorneys for Defendant
    APPLE INC.
 9
```

E-FILING ADR

Filed
NOV 07 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY P. SMITH; MICHAEL G. LEE; DENNIS V. MACASADDU; MARK G. MORIKAWA; and VINCENT SCOTTI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; AT&T MOBILITY LLC; and DOES ONE through ONE HUNDRED, inclusive<br><br>Defendants. | CASE NO. C07 05662 HRL<br><br>**CERTIFICATE OF SERVICE** |

ORIGINAL

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **November 7, 2007**, I served the following document(s) described as:

- **CIVIL COVER SHEET;**
- **DEFENDANT APPLE INC.'S NOTICE OF REMOVAL OF ACTION; and**
- **DECLARATION OF ADRIAN F. DAVIS IN SUPPORT OF DEFENDANT APPLE INC.'S NOTICE OF REMOVAL.**

by serving true copies of the above-described document(s) in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| M. Van Smith, Esq.<br>Damian R. Fernandez, Esq.<br>LAW OFFICE OF DAMIAN R. FERNANDEZ<br>14510 Big Basin Way, Suite A, PMB 285<br>Saratoga, CA 95070-6091<br>Telephone: (408) 355-3021<br>Facsimile: (408) 904-7391<br>Email: mvsmith@sbcglobal.net<br>damianfernandez@gmail.com | Joseph Antonelli, Esq.<br>Janelle C. Carney, Esq.<br>LAW OFFICE OF JOSEPH ANTONELLI<br>1000 Lakes Drive, Suite 450<br>West Covina, CA 91790<br>Telephone: (626) 917-6228<br>Facsimile: (626) 917-7686<br>Email: Jantonelli@antonellilaw.com<br>Jcarney@antonellilaw.com |
| Kevin T. Barnes, Esq.<br>Gregg Lander, Esq.<br>LAW OFFICES OF KEVIN T. BARNES<br>5670 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90036<br>Telephone: (323) 549-9100<br>Facsimile: (323) 549-0101<br>Email: barnes@kbarnes.com<br>lander@kbarnes.com | Daniel A. Sasse, Esq.<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Telephone: (949) 263-8400<br>Facsimile: (949) 263-8414<br>Email: dsasse@crowell.com |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 7, 2007**, at San Francisco, California.

_Linda C. Tam_
Linda C. Tam

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                                        CERTIFICATE OF SERVICE