Daniel A. Sasse, Esq. (CA Bar No. 236234)
David E. Crowe, Esq. (CA Bar No. 224895)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:   (949) 263-8400
Facsimile:   (949) 263-8414
Email:   dsasse@crowell.com
         dcrowe@crowell.com

Attorneys for Defendant
AT&T Mobility LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY P. SMITH; MICHAEL G. LEE; DENNIS V. MACASADDU; MARK G. MORIKAWA; and VINCENT SCOTTI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; AT&T MOBILITY LLC; and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | CASE NO. 07-CV-05662-HRL<br><br>**DEFENDANT AT&T MOBILITY LLC'S JOINDER IN NOTICE OF REMOVAL** |

Defendant AT&T Mobility LLC hereby joins in Apple Inc.'s Notice of Removal to this Court of the state court action described in Notice of Removal.

In so doing, AT&T Mobility LLC expressly reserves all of its defenses including, but not limited to, its right to compel arbitration and enforce any applicable arbitration rights that may exist.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: November 7, 2007 | **CROWELL & MORING LLP** |
| 2 | | |
| 3 | | By /s/ Daniel A. Sasse |
| 4 | | DANIEL A. SASSE, ESQ. |
| | | DAVID E. CROWE, ESQ. |
| 5 | | Attorneys for AT&T Mobility LLC |

2
**DEFENDANT AT&T MOBILITY LLC'S JOINDER IN NOTICE OF REMOVAL**

## CERTIFICATE OF SERVICE

I, Alice Kelly, declare:

I am a citizen of the United States over the age of 18. I am employed at the law firm of Crowell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, California 92614-8505. I am not a party to or interested in the causes entitled on the documents to which this certificate of service relates.

I hereby certify that on **November 7, 2007**, I served the document described below as:

**DEFENDANT AT&T MOBILITY LLC'S JOINDER IN NOTICE OF REMOVAL**

on the interested parties in this action by placing a copy thereof, enclosed in a sealed envelope, at Irvine, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States mail, at Irvine, California with postage thereon fully prepaid, individually addressed to the parties as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

☐ **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s) to be transmitted to the party listed above at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY FEDERAL EXPRESS.** I placed a true copy of the foregoing document in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, individually addressed to the party(s) as indicated on the attached service list, and caused such envelope(s) or package(s) to be delivered at Three Park Plaza, 20th Floor, Irvine, California 92614-8505, to an authorized courier or driver authorized by Federal Express to receive documents for overnight delivery.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of First Legal Support Services by hand to the offices of the addressee.

☐ **BY ELECTRONIC MAIL.** I caused a true copy of the foregoing document to be sent via electronic mail in .PDF format, pursuant to agreement between the parties listed on the attached service list.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**EXECUTED** this 7th day of November 2007, at Irvine, California.

/s/ Alice Kelly
ALICE KELLY

# SERVICE LIST

*Timothy P. Smith et al., v. Apple, Inc., AT&T Mobility LLC*
Case No. 07-CV-05662-HRL

| | |
|---|---|
| M. Van Smith, Esq.<br>Damian R. Fernandez, Esq.<br>**Law Offices of Damian R. Fernandez**<br>14510 Big Basin Way, Suite A, PMB 285<br>Saratoga, CA 95070-6091<br><br>Telephone: 408-355-3021<br>Facsimile: 408-904-7391<br>Email: mvsmith@sbcglobal.net<br>damianfernandez@gmail.com | ***Attorneys for Plaintiffs*** |
| Daniel M. Wall, Esq.<br>Alfred C. Pfeiffer, Jr., Esq.<br>Christopher S. Yates, Esq.<br>Adrian F. Davis, Esq.<br>**Latham & Watkins LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br><br>Telephone: 415-391-0600<br>Facsimile: 415-395-8095<br>Email: Dan.Wall@lw.com<br>Al.Pfeiffer@lw.com<br>Chris.Yates@lw.com<br>Adrian.Davis@lw.com | ***Attorneys for Defendant***<br>Apple Inc. |
| Donald M. Falk, Esq.<br>**Mayer Brown LLP**<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306<br><br>Telephone: 650-331-2030<br>Facsimile: 650-331-2060<br>Email: dfalk@mayerbrown.com | ***Attorneys for Defendant***<br>AT&T Mobility LLC |
| Archis A. Parasharmi, Esq.<br>**Mayer Brown LLP**<br>1909 K Street, N.W.<br>Washington, DC 20006-1101<br><br>Telephone: 202-263-3000<br>Facsimile: 202-263-3300<br>Email: aparasharami@mayerbrown.com | ***Attorneys for Defendant***<br>AT&T Mobility LLC |