**United States District Court**
For the Northern District of California

**\*E-FILED 11/07/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY P. SMITH, MICHAEL G. LEE, DENNIS V. MACASADDU, MARK G. MORIKAWA and VINCENT SCOTTI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE, INC., AT&T MOBILITY LLC; and DOES ONE through ONE HUNDRED,<br><br>    Defendants.<br>_____/ | No. C07-05662 HRL<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another judge.

Dated: November 7, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:07-cv-5662 Notice has been electronically mailed to**:

2  Adrian Frank Davis adrian.davis@lw.com, Linda.Tam@lw.com

3  Alfred Carroll Pfeiffer , Jr Al.Pfeiffer@lw.com, Linda.Tam@lw.com

4  Daniel Allen Sasse dsasse@crowell.com, akelly@crowell.com

5  M. Van Smith mvsmith@sbcglobal.net

6  Daniel Murray Wall dan.wall@lw.com

7  Christopher S. Yates chris.yates@lw.com, linda.tam@lw.com

8  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.