| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Daniel M. Wall (Bar No. 102580)<br>Alfred C. Pfeiffer, Jr. (Bar No. 120965) |
| 3 | Christopher S. Yates (Bar No. 161273)<br>Adrian F. Davis (Bar No. 215827) |
| 4 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538 |
| 5 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 6 | Email: Dan.Wall@lw.com<br>Email: Al.Pfeiffer@lw.com |
| 7 | Email: Chris.Yates@lw.com<br>Email: Adrian.Davis@lw.com |
| 8 | Attorneys for Defendant |
| 9 | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY P. SMITH; MICHAEL G. LEE; DENNIS V. MACASADDU; MARK G. MORIKAWA; and VINCENT SCOTTI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; AT&T MOBILITY LLC; and DOES ONE through ONE HUNDRED, inclusive<br><br>Defendants. | CASE NO. 07-CV-05662-HRL<br><br>**DEFENDANT APPLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>**[PURSUANT TO F.R.C.P. 7-1 AND N.D. CAL. LOCAL RULE 3-16]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLE'S CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS AND CORPORATE DISCLOSURE STATEMENT
CASE NO. 07-CV-05662-HRL

1  Pursuant to Federal Rule of Civil Procedure 7.1, defendant Apple Inc. ("Apple") hereby discloses that it is a publicly held company with numerous shareholders.  It has no parent company, and no company owns more than ten percent (10%) of its stock..

Pursuant to Local Rule 3-16, the undersigned counsel certifies that the following persons are directors and officers of Apple who have a financial interest, as defined by 28 U.S.C. § 455(d)(4), in Apple:

1. Board of Directors:  Bill Campbell; Millard Drexler; Albert Gore Jr.; Steve Jobs; Arthur D. Levinson, Ph.D.; Dr. Eric Schmidt; and Jerry York.

2. Senior Executives:  Steve Jobs; Timothy D. Cook; Peter Oppenheimer; Daniel Cooperman, Philip W. Schiller; Tony Fadell; Ronald B. Johnson; Bertrand Serlet; Jonathan Ive; and Sina Tamaddon.

Apple notes that it has numerous employees who actively participate in its affairs but it has only identified its Directors and Senior Executives in this disclosure.

Dated:  November 7, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By   /s/ Christopher S. Yates
    Christopher S. Yates
    Attorneys for Defendant
    APPLE INC.

SF\632947