1  LATHAM & WATKINS LLP
      Daniel M. Wall (Bar No. 102580)
2     Alfred C. Pfeiffer, Jr. (Bar No. 120965)
      Christopher S. Yates (Bar No. 161273)
3     Adrian F. Davis (Bar No. 215827)
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095
   Email:    Dan.Wall@lw.com
6  Email:    Al.Pfeiffer@lw.com
   Email:    Chris.Yates@lw.com
7  Email:    Adrian.Davis@lw.com

8  Attorneys for Defendant
   APPLE INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  TIMOTHY P. SMITH; MICHAEL G. LEE;          CASE NO.  07-CV-05662-RMW (PVT)
    DENNIS V. MACASADDU; MARK G.
15  MORIKAWA; and VINCENT SCOTTI, on           **STIPULATION EXTENDING TIME FOR**
    behalf of themselves and all others similarly   **DEFENDANT APPLE INC. AND**
16  situated,                                  **DEFENDANT AT&T MOBILITY LLC TO**
                                               **ANSWER OR OTHERWISE RESPOND TO**
17                Plaintiffs,                   **PLAINTIFFS' COMPLAINT**

18        v.

19  APPLE INC.; AT&T MOBILITY LLC; and
    DOES ONE through ONE HUNDRED,
20  inclusive

21                Defendants.

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NUMBER: 07-CV-05662- RMW (PVT)

1        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs

2    Timothy P. Smith, Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa and Vincent

3    Scotti and Defendants Apple Inc. ("Apple") and AT&T Mobility LLC ("ATTM"), through their

4    respective counsel that, pursuant to Civil Local Rule 6-1 (a), the time in which Apple and AT&T

5    may move, answer, or otherwise respond to Plaintiffs' First Amended Complaint, which was

6    filed in state court on November 2, 2007 (the action was removed to this Court on November 7,

7    2007) (*see* Docket Item #1), is extended to and including December 21, 2007.

8        IT IS FURTHER STIPULATED that if Apple and/or ATTM respond to the

9    Complaint through a motion, the parties agree that plaintiffs' opposition to the motion shall be

10    filed on January 31, 2008, that defendants' reply brief(s) shall be filed on February 11, 2008, and

11    that any such motions shall be set for hearing on February 25, 2008 or another date thereafter

12    that the Court is available.

13        These changes will not alter the date of any event or any deadline already fixed by

14    Court Order.

15        **IT IS SO STIPULATED.**

16

17    Dated: November 9, 2007        Respectfully submitted,

18            LAW OFFICE OF DAMIAN R. FERNANDEZ

19

20            By _Damian R. Fernandez_
        Damian R. Fernandez
        Attorneys for Plaintiffs

21            TIMOTHY P. SMITH, MICHAEL G. LEE,
        DENNIS V. MACASADDU, MARK G.

22            MORIKAWA and VINCENT SCOTTI

23

24    Dated: November 8, 2007        Respectfully submitted,

25            CROWELL & MORING LLP

26            By _Daniel Sasse_

27            Daniel Sasse
        Attorneys for Defendant

28            AT&T MOBILITY LLC

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NUMBER: 07-CV-05662-RMW (PVT)

1    Dated:  November 9, 2007

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

LATHAM & WATKINS LLP


By _____/s/ Christopher S. Yates_____
        Christopher S. Yates
        Attorneys for Defendant
        APPLE INC.

SF\631389

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NUMBER: 07-CV-05662-RMW (PVT)