UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. SMITH, ET AL et al,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE, INC. ET AL et al,<br><br>        Defendant. | Case Number: CV07-05662 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Damian R. Fernandez
Law Offices of Damian R. Fernandez
14510 Big Basin Way
Suite A
PMB 285
Saratoga, CA 95070-6091

Dated: December 4, 2007

                                                              Richard W. Wieking, Clerk
                                                              By: Tiffany Salinas-Harwell, Deputy Clerk