FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice pending*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice pending*)
schmidt@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

Attorneys for Plaintiff Herbert H. Kliegerman

[Additional counsel appear on signature page]

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12**<br><br>CRTRM:     8<br>JUDGE:     Hon. James Ware |

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12 - MASTER FILE NO. C 07-05152 JW

1    WHEREAS Plaintiff Herbert H. Kliegerman has filed an Administrative Motion to relate
2  the cases of *Kliegerman v. Apple, Inc*., Case No. C 08-948 (N.D. Cal.) ("*Kliegerman*") and *In re*
3  *Apple & AT&TM Anti-Trust Litigation*, Master File No. 07-CV-05152-JW (N.D. Cal.) ("*Apple*"),
4  pursuant to Civil Local Rule 3-12 (the "Motion").

5    WHEREAS the parties hereby stipulate and agree that the *Kliegerman* action is related to
6  the *Apple* action as defined by Civil Local Rule 3-12(a).

7    THEREFORE, the parties hereby stipulate and agree that Plaintiff's Administrative Motion
8  to Relate Cases Under L.R. 3-12 should be granted and the *Kliegerman* action transferred to Judge
9  Ware.

10   IT IS SO STIPULATED.

11  DATED: February 15, 2008            WOLF HALDENSTEIN ADLER
                                          FREEMAN & HERZ LLP
12                                       FRANCIS M. GREGOREK
                                         BETSY C. MANIFOLD
13                                       RACHELE R. RICKERT
                                         MARISA C. LIVESAY
14

15
                                              /s/  Francis M. Gregorek
16                                           FRANCIS M. GREGOREK

17                                       Symphony Towers
                                         750 B. Street, Suite 2770
18                                       San Diego, California 92101
                                         Telephone:  619/239-4599
19                                       Facsimile:   619/234-4599

20                                       WOLF HALDENSTEIN ADLER
                                           FREEMAN & HERZ LLP
21                                       MARK C. RIFKIN (*pro hac vice pending*)
                                         ALEXANDER H. SCHMIDT (*pro hac vice pending*)
22                                       270 Madison Avenue
                                         New York, New York 10016
23                                       Telephone:  212/545-4600
                                         Facsimile:   212/545-4677
24

25                                       RANDALL S. NEWMAN, P.C.
                                         RANDALL S. NEWMAN
26                                       The Trump Building
                                         40 Wall Street, 61st Floor
27                                       New York, New York 10005
                                         Telephone:  212/797-3737
28                                       Facsimile:   212/797-3172

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO
RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW
- 1 -

SHABEL & DENITTIS, P.C.
STEPHEN P. DENITTIS (*pro hac vice pending*)
NORMAN SHABEL (*pro hac vice pending*)
5 Greentree Centre, Suite 302
Marlton, New Jersey 08053
Telephone:  856/797-9951
Facsimile:   856/797-9978

Attorneys for Plaintiff Herbert H. Kliegerman

DATED: February 15, 2008

LATHAM WATKINS, LLP
ADRIAN F. DAVIS
ALFRED C. PFEIFFER, JR.
DANIEL M. WALL
CHRISTOPHER S. YATES

          /s/  Christopher S. Yates
             CHRISTOPHER S. YATES

505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone:  415/391-0600

Counsel for Defendant Apple Inc.

DATED: February 15, 2005

CROWELL & MORING LLP
DAVID E. CROWE
DANIEL A. SASSE

          /s/  Daniel A. Sasse
             DANIEL A. SASSE

3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:  949/263-8400
Facsimile:   949/263-8414

CROWELL & MORING LLP
JEFFREY W. HOWARD
CHRISTOPHER E. ONDECK
WILLIAM R. SMITH
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone:  202/624-2500
Facsimile:   202/628-5116

Counsel for Defendant AT&T Mobility LLC

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: March 18, 2008                         _____
                                                  THE HONORABLE JAMES WARE
4                                                 UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

- 3 -

**DECLARATION REGARDING CONCURRENCE**

I, Francis M. Gregorek, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12. In compliance with General Order 45.X.B, I hereby attest that Christopher S. Yates and Daniel A. Sasse have concurred in this filing.

DATED: February 15, 2008    WOLF HALDENSTEIN ADLER
                            FREEMAN & HERZ LLP

                            /s/ Francis M. Gregorek
                            FRANCIS M. GREGOREK

APPLE:15780.STIP/ORD

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW